**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANGELO BLAKELY,
ADC #136684                                                                                                          PLAINTIFF

v.                                                      4:12-cv-00143-JMM

OFFICER KIMERY, et al.                                                                                       DEFENDANTS

**ORDER**

By Order dated March 14, 2012 (Doc. No. 4), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 6). Having reviewed the Amended Complaint, it appears to the Court that service is appropriate for Defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Kimery, Shumate, Kennedy, and Culliford. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 6) and summons on these Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this   1   day of  August , 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE